## MOODY *vs.* GRIFFIN.

The son of the first cousin of one of the parties to a suit is not a competent juror; if the relationship be not discovered until after a verdict in favor of the party related to him, this court will not reverse the grant of a new trial on that ground.

WARNER, Chief Justice.

## RANSOM & COMPANY *vs.* ROBERTS; ESKRIDGE *vs.* BARROW.

The jury having passed upon the evidence, the presiding judge being satisfied with the finding, and there being no error of law alleged, this court will not interfere.

WARNER, Chief Justice.

## SHAW *vs.* GRIFFIN.

A *certiorari* is not brought until the petition is filed in office, and if the filing is more than three months after the decision complained of, the writ will be dismissed. 60 *Ga.*, 32.

JACKSON, Justice.